I would deny certiorari in this case, or else set the case for argument to decide for ourselves the ultra-*Romer* issue that it presents.

No. 95–7430. LONDRE *v.* MERKLE, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thompson* v. *Keohane,* 516 U. S. 99 (1995).

No. D–1667. IN RE DISBARMENT OF GLENN. Disbarment entered. [For earlier order herein, see 517 U. S. 1131.]

No. D–1668. IN RE DISBARMENT OF KELLY. Disbarment entered. [For earlier order herein, see 517 U. S. 1131.]

No. D–1669. IN RE DISBARMENT OF EWING. Disbarment entered. [For earlier order herein, see 517 U. S. 1131.]

No. D–1670. IN RE DISBARMENT OF READY. Disbarment entered. [For earlier order herein, see 517 U. S. 1131.]

No. D–1675. IN RE DISBARMENT OF PINCHAM. Robert Eugene Pincham, Jr., of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on April 22, 1996 [517 U. S. 1153], is discharged.

No. D–1691. IN RE DISBARMENT OF BURKHART. Auben Gray Burkhart, Jr., of Memphis, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1692. IN RE DISBARMENT OF KIELY. Dan Ray Kiely, of Vero Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $46,305.87